**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **APPEN MEDIA GROUP,** | * | **CIVIL ACTION NO.** |
| | * | **5:26-cv-00385-TES** |
| **PLAINTIFF,** | * | |
| **v.** | * | |
| | * | |
| **TYRONE OLIVER, Commissioner,** | * | |
| **Georgia Dep't of Corrections,** | * | |
| | * | |
| **CHRISTOPHER M. CARR, in his** | * | |
| **official capacity as the Attorney** | * | |
| **General of the State of Georgia,** | * | |
| | * | |
| **JACOB BEASLEY, Warden,** | * | |
| **Georgia Diagnostic and** | * | |
| **Classification Prison,** | * | |
| | * | |
| **DEFENDANTS.** | * | |

**NOTICE OF APPEAL**

**CHRISTOPHER M. CARR 112505**
**Attorney General**

**BETH A. BURTON 027500**
**Deputy Attorney General**

**CLINT C. MALCOLM 745116**
**Senior Assistant Attorney General**

**SABRINA GRAHAM 305755**
**Senior Assistant Attorney General**

Notice is hereby given that Defendants Tyrone Oliver, Commissioner of the Georgia Department of Corrections; Jacob Beasley, Warden of the Georgia Diagnostic and Classifications Prison; and Christopher M. Carr, Attorney General of the State of Georgia, in their official capacities, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the portion of the Order Granting Plaintiff's Motion for a Temporary Restraining Order in Part, entered by the United States District Court for the Middle District of Georgia on September 14, 2026 (Doc. 17), that enjoined and restrained the Commissioner of the Georgia Department of Corrections from denying any approved media witness designated under the Georgia Department of Correction's Media Relations Policy 102.01 access to the upcoming execution.

Respectfully submitted,

CHRISTOPHER M. CARR 112505
Attorney General

BETH BURTON 027500
Deputy Attorney General

CLINT C. MALCOLM 745116
Senior Assistant Attorney General

s/*Sabrina D. Graham* 305755
SABRINA D. GRAHAM
Senior Assistant Attorney General

**CERTIFICATE OF SERVICE AND TYPFACE**

I hereby certify that the foregoing pleading was formatted in Century Schoolbook 13 point, and that this day I have electronically filed this pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Cory Isaacson
Andres Lopez-Delgado
Serena Premjee
Georgia Bar No. 163189
American Civil Liberties Union
Foundation Of Georgia, Inc.
P.O. Box 570738
Atlanta, Georgia 30357

Gerald R. Weber
Law Offices of Gerry Weber, LLC
Georgia Bar No. 744878
P.O. Box 5391
Atlanta, Georgia 31107

This 15th day of September 2026.

s/*Sabrina D. Graham*
Sabrina D. Graham
Senior Assistant Attorney General

Please serve:
Sabrina D. Graham
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
sgraham@law.ga.gov
Telephone: 404-694-7975