**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **APPEN MEDIA GROUP,**<br><br>*Plaintiff,*<br>**v.**<br><br>**TYRONE OLIVER,** Commissioner of the Georgia Department of Corrections, **JACOB BEASLEY,** Warden of the Georgia Diagnostic and Classifications State Prison, **and CHRISTOPHER M. CARR,** Attorney General of the State of Georgia**,**<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**5:26-cv-00385-TES** |

**ORDER DENYING MOTION TO DISMISS AS MOOT**

Before Plaintiff Appen Media Group filed an amended complaint, Defendants Tyrone Oliver, Jacob Beasley, and Christopher Carr filed a motion to dismiss the original complaint. [Doc. 1]; [Doc. 7]; [Doc. 36].

Under black letter federal law, "an amended complaint supersedes the initial complaint and becomes the operative pleading in the case." *Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007) (citations omitted). This means that "the original pleading is abandoned by the amendment, and [it] is no longer a part of the pleader's averments against [its] adversary." *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006) (citation omitted); *see also Hoefling v. City of Mia.*, 811 F.3d

1271, 1277 (11th Cir. 2016) (stating, initial pleading "bec[o]me[s] a legal nullity"). An original complaint can still have legal effect if "the amendment specifically refers to or adopts the earlier pleading." *Varnes v. Local 91, Glass Bottle Blowers Ass'n*, 674 F.2d 1365, 1370 n.6 (11th Cir. 1982) (citation omitted). However, an amended complaint that does not incorporate the prior pleading moots "the motion to dismiss the original complaint because the motion seeks to dismiss a pleading that has been superseded." *Wimberly v. Broome*, No. 6:15-cv-23, 2016 WL 3264346, at *1 (S.D. Ga. Mar. 29, 2016) (citing cases).

The Court has reviewed Plaintiff's amended complaint and found no reference to, or adoption of, any allegations set forth in its original complaint. Therefore, Plaintiff's amended complaint is the sole operative pleading in this case and renders moot Defendants' pending motion to dismiss, and the Court **DENIES** it as such. [Doc. 7]; [Doc. 36].

**SO ORDERED**, this 24th day of November, 2026.

S/ Tilman E. Self, III

**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**